# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSELL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No.: 23-CV-20-WVG<br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Before the Court is the Parties' Joint Motion for Extension of Time to File Answer ("Joint Motion"). (Doc. No. 10.) The Parties seek a 60-day continuance of Defendant's current March 7, 2023, deadline to file a responsive pleading to the Complaint due to Defendant's ongoing work to compile a certified copy of the transcript of the administrative record. (*See generally* Doc. No. 10-1.) Having reviewed and considered the Parties' Joint Motion and the accompanying Declaration of Edmund Darcher, Assistant Regional Counsel for the United States Social Security Administration for the Southern District of California, the Court finds good cause exists to grant the Joint Motion. Accordingly, the

/ / /

/ / /

1  Court GRANTS the Parties' Joint Motion and CONTINUES Defendant's responsive
2  pleading deadline to **May 8, 2023**.
3       **IT IS SO ORDERED.**
4  DATED:  March 1, 2023

                                                Hon. William V. Gallo
                                                United States Magistrate Judge