UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSELL,<br><br>                              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 23-CV-20-WVG<br><br>**ORDER ON JOINT MOTION TO REMAND TO THE AGENCY** |

Before the Court is the Parties' Joint Motion to Remand to the Agency ("Joint Motion"). (Doc. No. 12.) The Parties move the Court to remand this Action to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. section 405(g). Sentence Four empowers this Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Given the Parties' agreement to dispense with this litigation and engage in remanded proceedings before the Commissioner of Social Security, the Court GRANTS the Joint Motion in its entirety and REMANDS this Action for further proceedings at the administrative level. Consistent with the Parties' representation in the Joint Motion, the

Court DIRECTS the Clerk of this Court to enter judgment in favor of Plaintiff and close this case accordingly. (*See id.*, 2:1-5.)

**IT IS SO ORDERED.**

DATED: March 16, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge